**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6664**

_____

GENE M. DUNCAN,

Petitioner - Appellant,

versus

GERALDINE MIRO, Warden; CHARLES M. CONDON,
South Carolina Attorney General,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-01-2410-2-23)

_____

Submitted:  September 30, 2002      Decided:  October 23, 2002

_____

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gene M. Duncan, Appellant Pro Se.  Tracey Colton Green, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gene M. Duncan appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Duncan v. Miro, No. CA-01-2410-2-23 (D.S.C. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED